David W. Evans (Bar No. 79466)
Scott M. Bloom (Bar No. 183891)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendants
RANDY CRAWFORD and FORT DICK FIRE
PROTECTION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. RIMAC,<br><br>   Plaintiff,<br>v.<br><br>RANDY DUNCAN, RANDY CRAWFORD, COUNTY OF DEL NORTE, and FORT DICK FIRE PROTECTION DISTRICT,<br><br>   Defendants. | Case No. C 07-0298 SC<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: March 23, 2007<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor |

The parties hereto have requested and hereby stipulate as follows:

1. Whereas defendants Randy Duncan, Randy Crawford, County of Del Norte, and Fort Dick Fire District have filed motions to dismiss plaintiff's complaint pursuant to Fed.R.Civ.Proc. 12(b); and

2. Whereas a hearing date on defendants' motions has been set for March 23, 2007, in the above-referenced court; and

3. Whereas counsel for defendants Randy Duncan and Fort Dick Fire Protection District have requested a continuance of the hearing set for March 23, 2007; and

4. Whereas a continuance of the hearing shall have no effect on any other deadlines currently scheduled in this case;

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

GC05-0000008
3228705.1

1

JOINT STIPULATION AND ORDER

From:MITCHELL,BRISSO,ETAL 707 444 5586 Case 3:07-cv-00298-SC Document 20 Filed 03/13/2007 Page 2 of 3 03/06/2007 21:36 #367 P.003/003

MAR-05-2007 MON 04:23 PM Haight Brown & Bonesteel FAX NO. 4155467505 P. 03/03

1. The hearing on defendants' motions to dismiss shall be continued from March 23, 2007, to April 20, 2007.

Dated: _____

RIMAC & MARTIN

By: _____
Anna M. Martin
William Reilly
Kevin G. Gill
Attorneys for Plaintiff
JOSEPH M. RIMAC

Dated: *March 6, 2007*

MITCHELL, BRISSO, DELANEY & VRIEZE

By: *[signatures]*
John Vrieze
William F. Mitchell
Attorneys for Defendant
RANDY DUNCAN and COUNTY OF EL NORTE

Dated: _____

HAIGHT BROWN & BONESTEEL LLP

By: _____
David W. Evans
Scott M. Bloom
Attorneys for Defendants
RANDY CRAWFORD and FORT DICK FIRE PROTECTION DISTRICT

## ORDER

Pursuant to the foregoing stipulation of counsel, the hearing on this matter is continued to April 20, 2007.

DATE: 3/12/07

Honorable _____
Judge of the _____ District Court

*[Stamp: IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California]*

1. The hearing on defendants' motions to dismiss shall be continued from March 23, 2007, to April 20, 2007, THOUGH DEFENDANT'S REPLIES SHALL REMAIN DUE ON MARCH 9, 2007.

Dated: MARCH 9, 2007

RIMAC & MARTIN

By: _____
Anna M. Martin
William Reilly
Kevin G. Gill
Attorneys for Plaintiff
JOSEPH M. RIMAC

Dated: _____

MITCHELL, BRISSO, DELANEY & VRIEZE

By: _____
John Vrieze
William F. Mitchell
Attorneys for Defendant
RANDY DUNCAN and COUNTY OF EL NORTE

Dated: 3/9/07

HAIGHT BROWN & BONESTEEL LLP

By: _____
David W. Evans
Scott M. Bloom
Attorneys for Defendants
RANDY CRAWFORD and FORT DICK FIRE PROTECTION DISTRICT

## **ORDER**

Pursuant to the foregoing stipulation of counsel, the hearing on this matter is continued to April 20, 2007.

DATE: _____

_____
Honorable Samuel Conti
Judge of the United States District Court

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

GC05-0000008
3228705.1

2

JOINT STIPULATION AND ORDER