UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JOSEPH MARION RIMAC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RANDY DUNCAN, RANDY CRAWFORD,<br>COUNTY OF DEL NORTE, and FORT DICK<br>FIRE PROTECTION DISTRICT,<br><br>　　　　Defendants. | No. 07-0298 SC<br><br>ORDER VACATING<br>DEFENDANT COUNTY OF<br>DEL NORTE'S<br><u>MOTION FOR SANCTIONS</u> |

**I.　INTRODUCTION**

　　Before the Court is a motion for sanctions filed by Defendant County of Del Norte ("County") against Plaintiff Joseph Marion Rimac ("Rimac" or "Plaintiff"). <u>See</u> Docket No. 30. Plaintiff submitted an opposition, and the County submitted a reply. <u>See</u> Docket Nos. 35, 36.

　　The Court hereby VACATES Defendant's motion because the District Court lacks jurisdiction over the matter while Plaintiff's appeal is pending before the Circuit Court.

**II.　DISCUSSION**

　　The County filed its motion for sanctions on May 24, 2007.

1

See Docket No. 30.  Subsequently, on May 30, 2007, the Court received notice that Plaintiff had appealed the Court's Order Granting Defendants' motion to dismiss.  See Docket No. 33.

The Court cannot consider Defendant's motion for sanctions because it lacks jurisdiction to do so until the appeal has been resolved.  This is because the filing of a notice of appeal divests the district court of jurisdiction.  See Scott v. Younger, 739 F.2d 1464, 1466 (9th Cir. 1984) (citing Long v. Bureau of Economic Analysis, 646 F.2d 1310 (9th Cir.), judgment vacated on other grounds, 454 U.S. 934 (1981).  In other words, when a proper notice of appeal has been timely filed, the general rule is that jurisdiction over any matters involved in the appeal is immediately transferred from the district court to the court of appeals.  G & M, Inc. v. Newbern, 488 F.2d 742, 746 (9th Cir. 1973).  Thus, once Plaintiff's notice of appeal was filed, this Court no longer had jurisdiction over the case.

**V. CONCLUSION**

For the reasons discussed herein, the Court VACATES Defendant's motion for sanctions.

IT IS SO ORDERED.


Dated: July 11, 2007           _____
                                UNITED STATES DISTRICT JUDGE

2