1 | Kevin M. Osterberg (Bar No. 138760)
Stephen M. Caine (Bar No. 119590)
2 | HAIGHT BROWN & BONESTEEL LLP
6080 Center Drive, Suite 800
3 | Los Angeles, California  90045
Telephone: (310) 215-7100
4 | Facsimile: (310) 215-7300
kosterberg@hbblaw.com
5 | scaine@hbblaw.com

6 | Attorneys for Defendant CHIEF RANDY
CRAWFORD

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11    JOSEPH M. RIMAC, | )    Case No. C 07 0298 SC |
| 12         Plaintiff, | ) |
| | )    [PROPOSED] ORDER GRANTING |
| | )    DEFENDANT RANDY CRAWFORD'S |
| 13       vs. | )    LETTER REQUEST FOR |
| | )    TELEPHONIC APPEARANCE AT |
| 14    RANDY DUNCAN, RANDY | )    MEDIATION |
|       CRAWFORD, COUNTY OF DEL | ) |
| 15    NORTE, and FORT DICK FIRE | ) |
|       PROTECTION DISTRICT, | )    Judge:  Hon. Samuel Conti |
| 16 | ) |
|         Defendants. | )    Complaint Filed:   January 17, 2007 |
| 17 | ) |

18       THE COURT, having considered the application of defendant RANDY L.

19   CRAWFORD for an order that he be permitted to appear telephonically at the Mediation,

20   and having found good cause supporting said application, hereby GRANTS the request.

21       Mr. Crawford is ordered to be available on the day of the mediation between the

22   hours of 11:00 a.m. to 6:00 p.m., PST, or at whichever time the mediation, currently unset

23   but imminent, takes place.

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC05-0000011
3547258.1

1

Case No.  C 07 0298 SC
[PROPOSED] ORDER RE: TELEPHONIC
APPEARANCE AT MEDIATION OF RANDY
CRAWFORD

1   IT IS SO ORDERED.

2

3

4   Dated this /st day of June, 2009

The Hon. Magistrate Judge Wayne Brazil

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES

HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

GC05-0000011
3547258.1

2

Case No.  C 07 0298 SC

[PROPOSED] ORDER RE: TELEPHONIC
APPEARANCE AT MEDIATION OF RANDY
CRAWFORD