RIMAC MARTIN
A Professional Corporation
ANNA M. MARTIN - State Bar No. 154279
WILLIAM REILLY - State Bar No. 177550
KEVIN G. GILL - State Bar No. 226819
*annamartin@rimacmartin.com*
*w_reilly@rimacmartin.com*
*kgill@rimacmartin.com*
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile   (415) 561-8430

Attorneys for Plaintiff
JOSEPH M. RIMAC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH M. RIMAC,<br><br>   Plaintiff,<br><br>vs.<br><br>RANDY DUNCAN, RANDY CRAWFORD, COUNTY OF DEL NORTE, and FORT DICK FIRE PROTECTION DISTRICT,<br><br>   Defendants. | **E-FILING**<br><br>CASE NO.  C-07-0298-SC<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER** |

   IT IS HEREBY STIPULATED by and between the plaintiff JOSEPH M. RIMAC and defendants RANDY DUNCAN, RANDY CRAWFORD, and FORT DICK FIRE PROTECTION DISTRICT, through their respective counsel of record, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  The parties shall bear their own respective attorneys fees and costs of suit.

   Pursuant to local rules, this document is being electronically filed through the Court's ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has

- 1 -

STIPULATION OF DISMISSAL                                                                                    CASE NO. C-07-0298-SC

1 concurred with the filing of this document; and (3) a record supporting this concurrence is
2 available for inspection or production if so ordered.
3    **SO STIPULATED.**
4                                         Respectfully submitted,
5                                         RIMAC MARTIN,
                                          A Professional Corporation
6
7 DATED: September 17, 2009    By:    /s/ WILLIAM REILLY
                                      WILLIAM REILLY
8                                     KEVIN G. GILL
                                      Attorneys for Plaintiff JOSEPH M. RIMAC
9
10                                    MITCHELL, BRISSO, DELANEY & VRIEZE
11
12
13 DATED: September 17, 2009    By:    /s/ William Mitchell
                                      WILLIAM MITCHELL
                                      Attorneys for Defendant
14                                    RANDY DUNCAN
15
16                                    HAIGHT, BROWN & BONESTEEL
17
18 DATED: September 17, 2009    By:    /s/ STEPHEN CAINE
                                      STEPHEN CAINE
19                                    Attorneys for Defendants
                                      FORT DICK FIRE PROTECTION DISTRICT, and
20                                    RANDY CRAWFORD
21                                    **ORDER**
22    **IT IS SO ORDERED.**
23
24 DATED:  September 18, 2009
25                                    _____
                                      SAMUEL CONTI
                                      Federal Judge
26

                                      [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]
27
28

STIPULATION OF DISMISSAL                                          CASE NO. C-07-0298-SC